# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Payson, Marian W. | 2. Court or Organization<br><br>U.S.D.C., W.D.N.Y. | 3. Date of Report<br><br>07/17/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge-Fulltime | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

2310 U.S. Courthouse
100 State Street
Rochester, New York 14614

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 07/17/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. x | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 07/17/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 07/17/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Janus Growth and Income Fund - Mutual Fund | C | Dividend | M | T | | | | | |
| 2. Vanguard Institutional Index - Mut. Fund (NYS Deferred Comp) | B | Dividend | L | T | | | | | |
| 3. Vanguard Federal Money Market Fund | A | Interest | K | T | | | | | |
| 4. Metropolitan Transn Auth NY Transn Rev Ref-Ser A Muni. Bond | A | Interest | J | T | | | | | |
| 5. Metropolitan Transn Auth NY Transn Rev Ref-Ser A Muni. Bond | A | Interest | J | T | | | | | |
| 6. NY St Dorm Auth Revs Ref - Hosp Muni. Bond | A | Interest | | | Redeemed | 1/19/11 | K | A | |
| 7. Davis Real Estate A - Mutual Fund | A | Dividend | | | Sold | 8/12/11 | J | A | |
| 8. Blackrock Bond PTF SVC - Mutual Fund | A | Dividend | K | T | | | | | |
| 9. Blackrock LO Duration BD SVC - Mutual Fund | B | Dividend | K | T | | | | | |
| 10. Templeton Foreign Fund A - Mutual Fund | A | Dividend | K | T | | | | | |
| 11. Morgan Stanley Money Market Funds | A | Int./Div. | J | T | | | | | |
| 12. Summit Federal Credit Union #1 | A | Interest | J | T | | | | | |
| 13. Summit Federal Credit Union #2 | A | Interest | J | T | | | | | |
| 14. Vanguard Bond Mkt Index Inv - Mutual Fund | A | Dividend | J | T | | | | | |
| 15. Vanguard Wellington Fund Inv - Mutual Fund | A | Dividend | J | T | | | | | |
| 16. Vanguard Small Cap Value Index - Mutual Fund | A | Dividend | J | T | | | | | |
| 17. Vanguard Total Stock Mkt Index Inv - Mutual Fund #2 | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 07/17/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NY College Savings Program Growth Moderate Growth Portfolio | | None | K | T | | | | | |
| 19. NY College Sav. Program Growth Conserative Growth Portfo | | None | L | T | | | | | |
| 20. NYS Retirement System - Pension Fund | | None | K | T | | | | | |
| 21. Rochester Fund Municipals A | D | Dividend | M | T | | | | | |
| 22. American Growth Fund of America, F | A | Dividend | J | T | | | | | |
| 23. Wells Fargo High Inc. Inv. | A | Dividend | J | T | | | | | |
| 24. American Cent Growth Adv. | A | Dividend | K | T | | | | | |
| 25. Blackrock Equity Dividend A Mutual Fund | B | Dividend | L | T | Sold (part) | 9/1/11 | J | A | |
| 26. Nuveen Int Div Muni Bond A Mutual Fund | A | Dividend | K | T | | | | | |
| 27. Keeley Small Cap Value A Mutual Fund | | None | J | T | Buy | 1/26/11 | J | | |
| 28. Perkins Mid Cap Value Mutual Fund | C | Dividend | K | T | Sold (part) | 9/1/11 | J | A | |
| 29. Nuveen Ltd Term Muni Bond Mutual Fund | A | Dividend | K | T | | | | | |
| 30. Nuveen Tradewinds Int'l Mutual Fund | A | Dividend | K | T | Buy | 7/15/11 | J | | |
| 31. | | | | | Sold (part) | 9/1/11 | J | A | |
| 32. Vanguard Prime Money Mkt Fund | A | Interest | J | T | | | | | |
| 33. NYC Municipal Water Finance Auth. Bond - Rev E | B | Interest | J | T | | | | | |
| 34. Metropolitan Trans Auth NY Rev. Ref Ser-A Bond | B | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 07/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lazard Emerging Mkts Mutual Fund | A | Dividend | J | T | | | | | |
| 36. NY St Dorm Auth St. Johns Univ Rev Bond | A | Interest | J | T | Buy | 2/15/11 | J | | |
| 37. Metropolitan Trans Auth NY Rev Ref Ser - F Bond | A | Interest | J | T | Buy | 3/10/11 | J | | |
| 38. DWS RREEF Real Estate Sec A Fund | A | Dividend | J | T | Buy | 8/12/11 | J | | |
| 39. Invesco Premier PTF Inst'l Money Mkt Fund | A | Interest | J | T | Buy | 7/22/11 | J | | |
| 40. | | | | | Buy | 7/22/11 | J | | |
| 41. | | | | | Buy | 9/2/11 | J | | |
| 42. | | | | | Sold (part) | 10/17/11 | J | A | |
| 43. | | | | | Sold (part) | 10/17/11 | J | A | |
| 44. | | | | | Sold (part) | 10/17/11 | J | A | |
| 45. Columbia Large Cap Growth Fund A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 07/17/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On April 8, 2011, pursuant to a merger, the shares of Seligman Growth Fund Class A Mutual Fund (listed on line 34 of last year's report) were acquired by Columbia Large Cap Growth Fund A Mutual Fund (the mutual fund listed on line 45 of this year's report).

| Name of Person Reporting | Date of Report |
| --- | --- |
| Payson, Marian W. | 07/17/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marian W. Payson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544